Jessie V. Rogers
vs.
Walter E. Fitzpatrick, No. 66841.
City Treasurer

June 14, 1930.

CARPENTER, J. This is an action brought by the plaintiff against the city of Providence for personal injuries sustained by her because of the alleged negligence of the city of Providence in not keeping a sidewalk on Elmwood avenue in a safe condition for use and travel. The case was tried before a jury and the jury returned a verdict for the defendant. In due time a motion for a new trial was filed, and the case is now before this Court on said motion.

It appeared from the evidence that the plaintiff was injured after alighting from an electric car on to the sidewalk on Elmwood avenue. She testified that she stepped on to the edge of a hole near a tree. The defendant offered no defence, but allowed the jury to decide the question as to whether or not the defect, as testified to and described, was such a defect as would hold the city responsible in the

case. The jury decided for the defendant.

The Court feels that substantial justice has been done.

Motion for a new trial is denied.

For plaintiff: Edward H. Ziegler, C. A. Kelley.

For defendant: Elmer S. Chace, C. I. Munroe.